IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORMAN LIND and PHYLLIS LIND, individually and on behalf of all others similarly situation, | O R D E R<br>Civ. No. 08-6133-AA |
| Plaintiffs, | |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant. | |

AIKEN, Judge:

Plaintiffs filed a motion pursuant to Fed. R. Civ. P. 41(a)(2) requesting voluntary dismissal. Plaintiffs' motion is granted and this case is dismissed.

## DISCUSSION

Plaintiffs moved for voluntary dismissal, with prejudice, with each side to bear their own costs and fees. Defendant agrees the case should be dismissed with prejudice, however, maintains its right to seek sanctions. The court relies on the plaintiffs' recitation of the procedural history of this case to grant plaintiffs' motion to dismiss with prejudice, including the requirement that each party bear its own costs and fees. See Plaintiffs' Memo in Support, p. 2-6. The court notes plaintiffs'

1 - ORDER

willingness to formally dismiss this action as early as December 2, 2008. Pls' Ex. A, para. 7. The court further notes plaintiffs' earlier offer to defendant on November 6, 2008, to postpone depositions, review defendant's documentation, and consider whether dismissal would be appropriate. Pls' Ex. A, para. 5, Ex. B, para. 3.

## CONCLUSION

Plaintiffs' motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(2) is granted, with prejudice. Each party is to bear its own fees and costs. This case is dismissed and all pending motions are denied as moot.

IT IS SO ORDERED.

Dated this  1st   day of May 2009.


                         /s/ Ann Aiken
                         Ann Aiken
                         United States District Judge

2 - ORDER